UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ECHO DESIGN GROUP, INC.,

    Plaintiff,

v.

BCBG MAX AZRIA GROUP, INC.,

    Defendant.

Civil Action No. 13 Civ 7787 (TORRES)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff The Echo Design Group, Inc. states that it is a privately held corporation, and is not publicly traded.

Dated: New York, New York
       November 1, 2013

Respectfully submitted,

By: _____
Edward F. Maluf
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
E-mail: emaluf@seyfarth.com

Of Counsel:

Brian L. Michaelis
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 946-4801
E-mail: bmichaelis@seyfarth.com

-and-

Joseph M. Walker
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 946-4801
E-mail: jmwalker@seyfarth.com

*Attorneys for Plaintiff*
THE ECHO DESIGN GROUP, INC.